**No. 10-9996. Charles Walton Wright, Petitioner v. Ricky Bell, Warden.**

565 U.S. 1074, 132 S. Ct. 800, 181 L. Ed. 2d 512, 2011 U.S. LEXIS 8455.

November 28, 2011. Petition for rehearing denied.

Former decision, 565 U.S. 830, 132 S. Ct. 127, 181 L. Ed. 2d 49, 2011 U.S. LEXIS 5770.

**No. 10-10220. Brent Winters, Petitioner v. United States.**

565 U.S. 1074, 132 S. Ct. 801, 181 L. Ed. 2d 512, 2011 U.S. LEXIS 8423.

November 28, 2011. Petition for rehearing denied.

Former decision, 565 U.S. 831, 132 S. Ct. 130, 181 L. Ed. 2d 51, 2011 U.S. LEXIS 5737.

**No. 10-10223. Clare Beth Moore, Petitioner v. Rick Thaler, Director, Texas Department of Criminal Justice, Correctional Institutions Division, et al.**

565 U.S. 1074, 132 S. Ct. 801, 181 L. Ed. 2d 512, 2011 U.S. LEXIS 8379.

November 28, 2011. Petition for rehearing denied.

Former decision, 565 U.S. 831, 132 S. Ct. 130, 181 L. Ed. 2d 51, 2011 U.S. LEXIS 5743.

**No. 10-10231. Robert Bertola, Petitioner v. James Hartley, Warden.**

565 U.S. 1074, 132 S. Ct. 801, 181 L. Ed. 2d 512, 2011 U.S. LEXIS 8454.

November 28, 2011. Petition for rehearing denied.

Former decision, 565 U.S. 831, 132 S. Ct. 130, 181 L. Ed. 2d 51, 2011 U.S. LEXIS 5594.

**No. 10-10368. Victor Y. Batshever, Petitioner v. Jafar Jafar, et al.**

565 U.S. 1074, 132 S. Ct. 801, 181 L. Ed. 2d 512, 2011 U.S. LEXIS 8324.

November 28, 2011. Petition for rehearing denied.

Former decision, 565 U.S. 835, 132 S. Ct. 138, 181 L. Ed. 2d 57, 2011 U.S. LEXIS 5355.

**No. 10-10374. Gerald Bush, Petitioner v. Philadelphia Police Department, et al.**

565 U.S. 1074, 132 S. Ct. 801, 181 L. Ed. 2d 512, 2011 U.S. LEXIS 8339.

November 28, 2011. Petition for rehearing denied.

Former decision, 565 U.S. 835, 132 S. Ct. 138, 181 L. Ed. 2d 58, 2011 U.S. LEXIS 5462.

**No. 10-10397. Calvin Effron, Petitioner v. United States.**

565 U.S. 1074, 132 S. Ct. 801, 181 L. Ed. 2d 512, 2011 U.S. LEXIS 8461.

November 28, 2011. Petition for rehearing denied.

Former decision, 565 U.S. 835, 132 S. Ct. 139, 181 L. Ed. 2d 59, 2011 U.S. LEXIS 5402.